UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLEN T. WATKINS,

              Choose an item.,

-against-

NEW YORK CITY; NEW YORK CITY DEPARTMENT OF CORRECTION,

              Choose an item..

23-CV-4890 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 12, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 12, 2023
         New York, New York

                                    /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                              Chief United States District Judge